June 13, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE RAHUL SUDHAKAR

NO. 14-11-00701-CR

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. We therefore order that the trial court's order granting habeas corpus be **REVERSED** and appellee's plea of nolo contendere **REINSTATED**.

We further order this decision certified below for observance.